**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-4912**

_____

UNITED STATES OF AMERICA,

                                  Plaintiff - Appellee,

    versus

NEVILLE A. HUTCHINSON,

                                  Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Senior District Judge. (CR-01-206-A)

_____

Submitted: June 25, 2002          Decided: July 18, 2002

_____

Before WILKINS, MICHAEL, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

James L. Rhodes, Baltimore, Maryland, for Appellant. Paul J. McNulty, United States Attorney, Mark D. Lytle, Special Assistant United States Attorney, Gene Rossi, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Following a jury trial, Neville A. Hutchinson was convicted on one count of conspiracy to possess with intent to distribute and to distribute 100 kilograms or more of marijuana, in violation of 21 U.S.C. § 846 (1994).[*] Hutchinson asserts that the district court erred by denying his motion for judgment of acquittal because the evidence was insufficient to convict him in that the government's witnesses lacked credibility. However, in evaluating the sufficiency of the evidence, this court does not review the credibility of the witnesses and assumes that the jury resolved all contradictions in the testimony in favor of the government. Glasser v. United States, 315 U.S. 60, 80 (1942); United States v. Romer, 148 F.3d 359, 364 (4th Cir. 1998). Accordingly, we affirm Hutchinson's conviction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] The jury acquitted Hutchinson on one count of attempted possession with intent to distribute marijuana, in violation of 18 U.S.C. § 846.